IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOON GROUP, INC., et al., | ) | Bankruptcy Case No.: 21-11140-JKS |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| DON A. BESKRONE, CHAPTER 7 | ) | |
| TRUSTEE OF MOON GROUP, INC., et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-620-MN |
| | ) | |
| KORE CAPITAL CORPORATION, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **17th** day of **July, 2023**.

WHEREAS, pursuant to Section 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated September 11, 2012, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree that their disputes here can be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 2(b)(ii) of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellant's Opening Brief: | Due 45 days after entry of a Scheduling Order |
| Appellees' Response Brief | Due 45 days after the deadline for Appellant's Opening Brief |

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE